UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LEON LEE MEYERS,

          Plaintiff,

    v.

AVINA, et al.,

          Defendants.

Case No. 25-cv-06996-JD

**ORDER RE DISMISSAL**

Re: Dkt. Nos. 3, 7

This is a pro se civil rights complaint filed by a state prisoner. The Court ordered plaintiff to show cause why the case should not be deemed three-strikes barred pursuant to 28 U.S.C. § 1915(g), and denied a motion to proceed in forma pauperis. Plaintiff was advised that the failure to respond or pay the full filing fee would result in dismissal. Plaintiff was provided with an extension but the time to respond has passed and plaintiff has not submitted a response or otherwise communicated with the Court since requesting an extension. This case is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b). The motion to proceed in forma pauperis (Dkt. Nos. 3, 7) is denied.

    **IT IS SO ORDERED.**

Dated: February 17, 2026

_____

JAMES DONATO
United States District Judge

United States District Court
Northern District of California